644

No. 687. WALKER *v.* UNITED STATES;

No. 688. DRUMMOND *v.* SAME;

No. 689. LUTERAN *v.* SAME;

No. 690. ADAMS *v.* SAME;

No. 691. LORNE E. WELLS *v.* SAME;

No. 692. JOE R. WELLS, JR. *v.* SAME;

No. 693. ROACH *v.* SAME;

No. 694. LITTLE *v.* SAME;

No. 695. STEVENS *v.* SAME;

No. 696. HOLMAN *v.* SAME;

No. 697. NEEPER *v.* SAME; and

No. 698. DITSCH *v.* SAME. February 28, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. I. J. Ringolsky, Harry L. Jacobs, Ludwick Graves, Irvin Fane, James Dalio* and *Wm. G. Boatright* for petitioners. *Acting Solicitor General Bell, Assistant Attorney General McMahon, William W. Barron, Mathew F. McGuire,* and *W. Marvin Smith* for the United States. Reported below: 93 F. 2d 383, 395, 401, 409.

No. 702. ASSOCIATED INDEMNITY CORP. ET AL. *v.* GEORGE F. GETTY OIL CO. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Frank A. Leffingwell* for petitioners. No appearance for respondent.

No. 717. ATLANTA BEER DISTRIBUTING CO. *v.* ALEXANDER, ADMINISTRATOR, FEDERAL ALCOHOL ADMINISTRATION. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.